**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eduardo HERNANDEZ–HERNANDEZ, Defendant–Appellant.**

**No. 10–10490.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 5, 2011.

James Elwood McGhee, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Andrea Lynn Matheson, Andrea L. Matheson–Matheson Law Firm, P.C., Tucson, AZ, for Defendant–Appellant.

Before: RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Eduardo Hernandez–Hernandez appeals from the 51–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Hernandez–Hernandez contends that his below-Guidelines sentence was substantively unreasonable because the district court did not discuss all of the 18 U.S.C. § 3553(a) factors at the sentencing hearing. The record reflects that the district court adequately considered and addressed Hernandez–Hernandez's arguments and the section 3553(a) factors. *See Rita v. United States,* 551 U.S. 338, 356–58, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007). Furthermore, in light of the totality of the circumstances, Hernandez–Hernandez's sentence was not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 994–95 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

